## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Veal, Novella

Printed:  11/20/07

Case Number:  05 B 06032
Judge:  Hollis, Pamela S
Filed:  2/22/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:        Dismissed:  July 30, 2007
Confirmed:  June 20, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 40,899.00 |  |
| Secured: |  | 36,614.85 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,394.00 |
| Trustee Fee: |  | 1,890.13 |
| Other Funds: |  | 0.02 |
| Totals: | 40,899.00 | 40,899.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Defenders, P.C. | Administrative | 2,394.00 | 2,394.00 |
| 2. | GMAC Mortgage Corporation | Secured | 32,449.26 | 29,481.51 |
| 3. | GMAC Mortgage Corporation | Secured | 16,519.36 | 7,133.34 |
| 4. | Internal Revenue Service | Priority | 13,192.51 | 0.00 |
| 5. | Sir Finance Corporation | Unsecured | 89.80 | 0.00 |
| 6. | Glenwood South | Unsecured | 219.03 | 0.00 |
| 7. | Internal Revenue Service | Unsecured | 132.52 | 0.00 |
| 8. | LB Recovery Trust | Unsecured | 21.91 | 0.00 |
| 9. | World Financial Network Nat'l | Unsecured | 17.16 | 0.00 |
| 10. | Cavalry Portfolio Services | Unsecured | 165.26 | 0.00 |
| 11. | RoundUp Funding LLC | Unsecured | 431.80 | 0.00 |
| 12. | Merrick Bank | Unsecured | 125.30 | 0.00 |
| 13. | B-First | Unsecured | 247.19 | 0.00 |
| 14. | Resurgent Capital Services | Unsecured | 88.58 | 0.00 |
| 15. | Thrift Savings Plan TSP24 | Secured | | No Claim Filed |
| 16. | Capital One | Unsecured | | No Claim Filed |
| 17. | Chicago Post Office Employee C U | Unsecured | | No Claim Filed |
| 18. | Menards | Unsecured | | No Claim Filed |
| 19. | Charter One Bank | Unsecured | | No Claim Filed |
| 20. | TruGreen | Unsecured | | No Claim Filed |
| 21. | The Avenue | Unsecured | | No Claim Filed |
| | | | $ 66,093.68 | $ 39,008.85 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Veal, Novella

Printed:  11/20/07

Case Number:  05 B 06032

Judge:  Hollis, Pamela S

Filed:  2/22/05

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|----------|-----------|
| 3% | 315.07 |
| 5.5% | 883.56 |
| 5% | 89.25 |
| 4.8% | 602.25 |
| | —————— |
| | $ 1,890.13 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_